JOSEPH N. MEEHAN, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellant.— In an action for personal injuries sustained by plaintiff when a bus which he was operating, collided with a locomotive crossing Twelfth avenue between Thirty-seventh and Thirty-eighth streets, borough of Manhattan, judgment in favor of plaintiff reversed on the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdict is against the weight of the credible evidence. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

LEAVITT MERSEREAU, Appellant, v. THE MASTAN Co., INC., Respondent.— Order dismissing the plaintiff's complaint for failure to state a cause of action reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Mersereau* v. *Simon*, 255 App. Div. 997.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

LAWRENCE T. MILLER and MARIAN L. MILLER, Respondents, v. JAMES I. O'NEILL, Appellant.— Action for damages for personal injuries suffered by the plaintiff wife as a consequence of a fall occasioned by the breaking of an upright and railing on an outside porch of a tenement house. Companion action of plaintiff husband for expenses and loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

NAZARENO MORASCA, Respondent, v. ROSA AIELLO and Others, Appellants, and Others, Defendants.— In an action to recover damages for injuries sustained by the plaintiff, a pedestrian, who stumbled against an open cellar door and fell into the cellar, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIZABETH GOOD, Appellant.— Judgment of the County Court of Dutchess County convicting the defendant of the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RISHTY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the appellant of the crime of petit larceny, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HARRY D. SANDERS, Appellant, v. IRVING TRUST COMPANY, as Trustee under a Deed of Trust Executed by HARRY S. SANDERS and Dated August 2, 1928, IDA L. LEE and FLORENCE E. WALL, Respondents, and Another, Defendant.— In an action for a declaratory judgment construing a deed of trust, interlocutory judgment in favor of respondents unanimously affirmed, with costs, payable by appellant. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.